COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**NOTICE OF ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-12-00799-CV |
| Style: | City of Houston |
| | **v** Alvin White, Armondo Ronje, and Joe Bryant |
| Date motion filed*: | January 11, 2013 |
| Type of motion: | Motion to abate briefing or for extension of time and allow for joint briefing |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's brief |

Is appeal accelerated? No

If motion to extend time:

| | |
|---|---|
| Original due date: | 12-17-12 |
| Number of extensions granted: | -0-  Current Due date: 12-17-12 |
| Date Requested: | Until Supreme Court of Texas issues decision in *City of Houston v. Bates*, or 30 days |

Ordered that motion is:

☐ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

**The motion is granted. The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket on the earlier of August 31, 2013 or the date the Supreme Court of Texas issues its decision in *City of Houston v. Bates*, No. 11-0778. The City of Houston's brief will be due no later than 30 days after the earlier of the date the supreme court issues its opinion in *Bates* or August 31, 2013, regardless of whether this appeal has yet been reinstated.**

Judge's signature: /s/ Harvey Brown _____

☑ Acting individually    ☐ Acting for the Court

Date:  March 11, 2013
November 7, 2008 Revision